■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL NERSINGER, Appellant. — Judgment, insofar as it imposes sentence, unanimously modified as a matter of discretion in the interest of justice by reducing the sentence to a term of one to four years, and otherwise judgment affirmed. (Appeal from judgment of Monroe County Court, Bergin, J. — criminal possession stolen property.) Present — Dillon, P. J., Simons, Hancock, Jr., Callahan and Doerr, JJ.